

# IN THE
# TENTH COURT OF APPEALS

No. 10-16-00340-CR
No. 10-16-00344-CR
No. 10-16-00345-CR

## EX PARTE DONNY LEE CLABORN

From the 66th District Court
Hill County, Texas
Trial Court Nos. 39,334; 39,340; 39,341; 39,342

## MEMORANDUM OPINION

Donny Lee Claborn filed a motion to dismiss his appeals. *See* TEX.R.APP.P. 42.2(a).

Dismissal of the appeals would not prevent a party from seeking relief to which it would

otherwise be entitled. The motion is granted, and the appeals are dismissed.


                                        AL SCOGGINS
                                        Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeals dismissed
Opinion delivered and filed July 19, 2017
Do not publish
[CR25]

